1  [COUNSEL LISTED ON SIGNATURE PAGES]

2

3

4

5

6

7

8

9

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

10

11  BRADLEY BRINKMAN, et al.                )   CASE NO.  3:10-cv-04601-TEH
                                            )
12                      Plaintiffs,         )   Judge:   Hon. Thelton E. Henderson
                                            )
13  vs.                                     )   **STIPULATION AND [PROPOSED]**
                                            )   **ORDER TO SET HEARING AND**
14  SCHWEIZER AIRCRAFT CORPORATION,         )   **DISCOVERY SCHEDULE REGARDING**
    et al.,                                 )   **MOTION TO REMAND**
15                                          )
                        Defendants.         )
16                                          )
                                            )
17

18        WHEREAS, on November 10, 2010, the Court entered an Order Granting Plaintiffs'

19  Motion to Continue Briefing and Hearing Schedules on Defendants' Venue Motions, which

20  Order directed that the parties meet and confer regarding jurisdictional discovery and a briefing

21  and hearing schedule as to Plaintiffs' Motion to Remand;

22        WHEREAS, the parties, through counsel, have met and conferred regarding the need for

23  jurisdictional discovery, and agree, subject to the Court's approval, to the below proposed

24  schedule.

25        IT IS HEREBY STIPULATED by and between the parties in this action, through their

26  counsel of record and pursuant to Civil Local Rule 7-12, that:

27        1.   Jurisdictional discovery will be completed by January 14, 2011;

28

---

**Stipulation and Proposed Order**                                          **3:10-cv-04601-TEH**

2.  Plaintiffs' Motion to Remand will be heard on February 28, 2011, at 10:00 a.m.  The deadlines for opposing and reply papers will be in accordance with this Court's Civil Local Rules.

Dated: Dec. 1, 2010

James W. Hunt
Darrell M. Padgette
**FITZPATRICK & HUNT,**
**TUCKER, COLLIER, PAGANO, AUBERT, LLP**
633 West Fifth Street, 60th Floor
Los Angeles, CA  90071
Telephone: (213) 873-2100
Facsimile: (213) 873-2125 Fax


By: ___s/_____
    James W. Hunt
    Attorneys for Defendants
    SCHWEIZER AIRCRAFT CORPORATION
    and SCHWEIZER HOLDINGS, INC.

Dated: Dec. 1, 2010

Robert B. Hopkins, Esq.
Matthew K. Clarke, Esq.
**LANDYE BENNETT BLUMSTEIN LLP**
3500 Wells Fargo Center
1300 SW Fifth Avenue
Portland, OR 97201
Tel:  503-224-4100
Fax:  503-224-4133


By: ___s/_____
    Matthew K. Clarke
    Attorneys for Plaintiffs


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


Dated:    12/2/10

_____
HONORABLE _____ ENDERSON
United St_____

Judge Thelton E. Henderson