[COUNSEL LISTED ON SIGNATURE PAGES]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADLEY BRINKMAN, et. al,<br><br>                    Plaintiffs,<br><br>       v.<br><br>SCHWEIZER AIRCRAFT CORPORATION, et. al,,<br><br>                    Defendants. | CASE NO. 3:10-cv-04601-TEH<br><br>Judge: Hon. Thelton E. Henderson<br><br>**STIPULATION AND [~~PROPOSED~~]<br>ORDER TO CONTINUE CASE<br>MANAGEMENT CONFERENCE** |

WHEREAS, this case was removed from state court on October 12, 2010; on October 26, 2010 a Clerk's Notice was issued setting the Initial Case Management Conference for January 24, 2010 at 1:30 p.m.; on November 10, 2010, the Court entered an Order Granting Plaintiffs' Motion to Continue Briefing and Hearing Schedules on Defendants' Venue Motions, which Order directed that the parties meet and confer regarding jurisdictional discovery and a briefing and hearing schedule as to Plaintiffs' Motion to Remand; on November 12, 2010 Plaintiffs filed a motion to remand; and on December 3, 2010 the Court entered an Order setting the motion to remand for hearing on February 28, 2011 at 10:00 a.m. following a period of jurisdictional discovery.

//////

//////

Page 1 –   STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE
           MANAGEMENT CONFERENCE

1  IT IS HEREBY STIPULATED by and between the parties in this action, through their
2  counsel of record that the Initial Case Management Conference be continued to March 14th,
3  2011.

5  Dated: January 19, 2011

James W. Hunt
Darrell M. Padgette
FITZPATRICK & HUNT,
 TUCKER, COLLIER, PAGANO, AUBERT, LLP
633 West Fifth Street, 60th Floor
Los Angeles, CA 90071
Telephone: (213) 873-2100
Facsimile: (213) 873-2125

By: _____
James W. Hunt
Attorneys for Defendants
SCHWEIZER AIRCRAFT CORPORATION
And SCHWEIZER HOLDINGS, INC.

Dated: January 19, 2011

Gerald Sterns, Esq.
STERNS & WALKER
825 Washington Street, Suite 305
Oakland, CA 94607
Telephone: (510) 267-0500
Facsimile: (510) 267-0506

By: _____
Gerald Sterns
Attorneys for Plaintiffs

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: 01/19/2011

_____
HONORABLE THELTON E. HENDERSON
United [States District Judge]

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Thelton E. Henderson]

Page 2 —  STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE
          MANAGEMENT CONFERENCE