[COUNSEL LISTED ON SIGNATURE PAGES]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADLEY BRINKMAN, et. al,<br><br>    Plaintiffs,<br><br>    v.<br><br>SCHWEIZER AIRCRAFT CORPORATION, et. al,,<br><br>    Defendants. | CASE NO. 3:10-cv-04601-MHP<br><br>Judge: Hon. Marilyn Hall Patel<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |

IT IS HEREBY STIPULATED by and between the parties in this action, through their counsel of record that the Initial Case Management Conference be continued until after the Court issues its ruling. *

Dated: March 8, 2011

James W. Hunt
Darrell M. Padgette
FITZPATRICK & HUNT,
  TUCKER, COLLIER, PAGANO, AUBERT, LLP
633 West Fifth Street, 60th Floor
Los Angeles, CA 90071
Telephone: (213) 873-2100
Facsimile: (213) 873-2125


By: _____/s/_____
Darell M. Padgette
Attorneys for Defendants
SCHWEIZER AIRCRAFT CORPORATION
And SCHWEIZER HOLDINGS, INC.

Page 1 –   STIPULATION AND [PROPOSED] ORDER TO CONTINUE AND STAY INITIAL CASE MANAGEMENT CONFERENCE

| | |
|---|---|
| 1  Dated: March 8, 2011 | Gerald Sterns, Esq. |
| 2 | STERNS & WALKER |
|   | 825 Washington Street, Suite 305 |
| 3 | Oakland, CA  94607 |
|   | Telephone:  (510) 267-0500 |
| 4 | Facsimile:  (510) 267-0506 |

By: *Gerald C. Sterns* (signature)
Gerald Sterns
Attorneys for Plaintiffs

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: 3/9/2011

HONORABLE MARILYN H. PATEL
United States District [Judge]

*IT IS SO ORDERED*
*Judge Marilyn H. Patel* (stamp/signature)

(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA)

\* **A further Case Management Conference is to be scheduled after response, if any, to Court's order.**

Page 2 –  STIPULATION AND [PROPOSED] ORDER TO CONTINUE AND STAY INITIAL CASE MANAGEMENT CONFERENCE